**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CORJALON EVANS**                                                                                              **PLAINTIFF**

**v.**                                   Case No. 4:20-CV-496-LPR-BD

**DOMINIC BRUNER,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition from United States Magistrate Judge Beth Deere. (Doc. 5). Plaintiff Corjalon Evans objects to the Partial Recommended Disposition. (Doc. 11). After a *de novo* review of the entire record, and a careful review of both the Partial Recommended Disposition and Mr. Evans' objections, the Court adopts Judge Deere's proposed findings and recommendations in their entirety.

Mr. Evans' first objection appears to be that he wants to amend his complaint to provide more facts to support his official capacity claims against Defendants Dominic Bruner and Edward Adams. Because the dismissals of the official capacity claims are without prejudice, nothing stops Mr. Evans from doing so. Accordingly, this objection is overruled.

As for Mr. Evans' second objection, the Court simply does not understand it. To the extent that it is even an actual objection, the Court overrules it, while again noting that a dismissal without prejudice leaves room for an amended complaint.

Mr. Evans' third objection is more of a misunderstanding than an objection. The Court is not dismissing all claims against Mr. Bruner and Mr. Adams. Rather, it is only dismissing the official capacity claims against those two defendants, not the individual capacity claims. The Partial Recommended Disposition does recommend dismissing all claims without prejudice

against Defendant Laffety Woods, Jr.

In light of the foregoing, Mr. Evans' claims against Defendants Bruner and Adams in their official capacities are DISMISSED without prejudice. Mr. Evans' claims against Defendant Woods are DISMISSED without prejudice. Mr. Evans' claims against Defendants Bruner and Adams in their personal capacities proceed.

IT IS SO ORDERED this 4th day of June 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE