# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CORJALON EVANS**                                                                       **PLAINTIFF**

**V.**                         **CASE NO. 4:20-CV-496-BD**

**DOMINIC BRUNER,** *et al.*                                             **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 19th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE